UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
BRENDA FLORES,
*on behalf of herself and others similarly situated*,

                                  Plaintiff,           Case No. 20-cv-9514

             v.                              **NOTICE OF APPEARANCE**

GREENWICH BBQ LLC
       d/b/a MIGHTY QUINN'S BARBEQUE,
CMH BBQ HOLDINGS LLC
       d/b/a MIGHTY QUINN'S BARBEQUE,
BROADWAY BBQ LLC
       d/b/a MIGHTY QUINN'S BARBEQUE,
UPPER EAST BBQ LLC
       d/b/a MIGHTY QUINN'S BARBEQUE,
BATTERY BBQ LLC
       d/b/a MIGHTY QUINN'S BARBEQUE,
WESTCHESTER BBQ LLC
       d/b/a MIGHTY QUINN'S BARBEQUE,
MICHA MAGID,
and CHRISTOS GOURMOS,
                                Defendants.

-------------------------------------------------------------------X


To:    The Clerk of the Court and all parties of record.

PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the Southern District of New York, hereby enters his appearance as counsel for the Plaintiff in the above captioned matter.

Dated: New York, New York
November 13, 2020

                                          BROWN KWON & LAM, LLP

                                          __/s/ *William Brown*_____
                                          William M. Brown, Esq.
                                          521 5th Avenue, Suite 1744
                                          New York, NY 10175
                                          Tel: (718) 971-0326
                                          Fax: (718) 795-1642
                                          wbrown@bkllawyers.com